FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 28 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAVINDER KAUR, | No. 09-72384 |
| Petitioner, | Agency No. A096-491-821 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 25, 2011[**]

Before:     TROTT, GOULD, and RAWLINSON, Circuit Judges.

Ravinder Kaur, a native and citizen of India, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's decision finding that her asylum application was frivolous.

We have jurisdiction under 8 U.S.C. § 1252. We review de novo due process

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

claims, *see Montes-Lopez v. Gonzales*, 486 F.3d 1163, 1165 (9th Cir. 2007), and we deny the petition for review.

Kaur does not challenge the agency's frivolousness finding, but contends the BIA erred by not considering her claims for withholding of removal and CAT relief. The BIA did not err because Kaur did not present those claims in her brief to the BIA. *See Abebe v. Mukasey*, 554 F.3d 1203, 1207-08 (9th Cir. 2009) (en banc) (BIA is not required to consider claims that are not raised in the brief).

**PETITION FOR REVIEW DENIED.**